1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559)497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    1:08-cr-00277 LJO
                                  )
12           Plaintiff,           )    PRELIMINARY ORDER OF
                                  )    FORFEITURE
13      v.                        )
                                  )
14 ROBERT BOREL,                  )
                                  )
15           Defendant.           )
   _____)

16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Robert Borel it is hereby

19      ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 2253, defendant Robert Borel's

21 interest in the following property shall be condemned and forfeited

22 to the United States of America, to be disposed of according to

23 law:

24           a)   Acer Laptop Computer, Serial number 75201776916.

25      2.  The above-listed property constitutes property containing

26 visual depictions of a minor engaged in sexually explicit conduct

27 which was received or distributed through interstate commerce

28 and/or was mailed, shipped or transported in violation of 18 U.S.C.

1   § 2252(a)(2), all in violation of 18 U.S.C. § 2253.

2      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

3   designee) shall be authorized to seize the above-listed property.

4   The aforementioned property shall be seized and held by the United

5   States, in its secure custody and control.

6      4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21

7   U.S.C. § 853(n), and Local Rule 83-171, the United States shall

8   publish notice of the order of forfeiture.  Notice of this Order

9   and notice of the Attorney General's (or a designee's) intent to

10  dispose of the property in such manner as the Attorney General may

11  direct shall be posted for at least 30 consecutive days on the

12  official internet government forfeiture site www.forfeiture.gov.

13  The United States may also, to the extent practicable, provide

14  direct written notice to any person known to have alleged an

15  interest in the property that is the subject of the order of

16  forfeiture as a substitute for published notice as to those persons

17  so notified.

18          b.   This notice shall state that any person, other than

19  the defendant, asserting a legal interest in the above-listed

20  property, must file a petition with the Court within sixty (60)

21  days from the first day of publication of the Notice of Forfeiture

22  posted on the official government forfeiture site, or within thirty

23  (30) days from receipt of direct written notice, whichever is

24  earlier.

25     5.  If a petition is timely filed, upon adjudication of all

26  third-party interests, if any, this Court will enter a Final Order

27  ///

28  ///

1  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests

2  will be addressed.

3  IT IS SO ORDERED.

4  **Dated:    November 20, 2008             /s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE