```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559)497-4000
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   1:08-CR-00277 LJO
                                )
12         Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                )
13    v.                         )
                                )
14 ROBERT BOREL,                 )
                                )
15         Defendant.            )
   _____)
16
17      WHEREAS, on or about November 20, 2008, this Court entered a
18 Preliminary Order of Forfeiture pursuant to the provisions of 18
19 U.S.C. § 2253, based upon the plea agreement entered into between
20 plaintiff and defendant Robert Borel forfeiting to the United
21 States the following property:
22         a)  Acer Laptop Computer, serial number 75201776916.
23      AND WHEREAS, beginning on December 3, 2008, for at least 30
24 consecutive days, the United States published notice of the Court's
25 Order of Forfeiture on the official internet government forfeiture
26 site www.forfeiture.gov.  Said published notice advised all third
27 parties of their right to petition the Court within sixty (60) days
28 from the first day of publication of the notice for a hearing to
```

adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Robert Borel.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   March 9, 2009**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE