**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**PO Box 26116**
**Fresno, CA 93729**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROBERT JOSEPH BOREL,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:08-CR-0277 NONE |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE, FINDINGS & ORDER** |
| vs. ) | |
| ROBERT JOSEPH BOREL, ) | Date: March 4, 2022 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Court: Hon. Sheila K. Oberto |

## STIPULATION

The defendant, ROBERT JOSEPH BOREL, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney David Gappa, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on March 4, 2022, at 2:00 p.m.

2. By this stipulation, the defendant now moves to continue the status conference hearing until March 30, 2022, at 2:00 p.m.

3. The parties agree and stipulate, and request the Court find the following:

a. The defense counsel was recently appointed on the matter and is in the process of reviewing the violation of supervised release for Mr. Borel.

b. Defense counsel further anticipates the additional time will allow for a review of the matter, proper investigation, communication with Mr. Borel, and a discussion with the government about a resolution.

4. Based on this matter being a supervised release violation, no exclusion of time is required under the Speedy Trial Act.

IT IS SO STIUPLATED.

Dated: March 2, 2022

/s/ MELISSA BALOIAN
_____

**Melissa Baloian**
Attorney for Defendant

Dated: March 2, 2022

/s/ DAVID GAPPA
_____

**David Gappa**
Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

Dated:  3/3/2022

*Sheila K. Oberto*
_____
**UNITED STATES MAGISTRATE JUDGE**