**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**PO Box 26116**
**Fresno, CA 93729**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROBERT JOSEPH BOREL,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No.  1:08-CR-00277-NONE |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE, FINDINGS & ORDER** |
| | ) | |
| | ) | Date: March 30, 2022 |
| ROBERT JOSEPH BOREL, | ) | Time: 2:00 p.m. |
| | ) | Court: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION

The defendant, ROBERT JOSEPH BOREL, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney David Gappa, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference hearing on March 30, 2022, at 2:00 p.m.

2.      By this stipulation, the defendant now moves to continue the status conference hearing until April 21, 2022, at 2:00 p.m.

3.      The parties agree and stipulate, and request the Court find the following:

a.      Defense counsel has previously been in contact with Mr. Borel. Counsel had another phone interview scheduled for Friday, March 25, 2022; however, Mr. Borel was at

1  the hospital.  Lerdo staff would not allow phone communication due to his status.  At the time,

2  Lerdo staff was unsure how long Mr. Borel would be in the hospital.

3        b.        Defense counsel has communicated with U.S. Attorney Mr. Gappa and

4  Probation Officer Chet Bou regarding this violation.  Defense counsel needs to communicate

5  with Mr. Borel further to determine how he will proceed with this violation; however, his status

6  made it impossible to communicate at the scheduled time last week.

7        c.        Additional time will allow for a review of the matter, proper

8  investigation, communication with Mr. Borel, and further discussion with the government about

9  a resolution.

10        4.        Based on this matter being a supervised release violation, no exclusion of time is

11             required under the Speedy Trial Act.

12

13        IT IS SO STIUPLATED.

14        Dated: March 28, 2022

15                                            /s/ MELISSA BALOIAN

16                                            _____
                                             **Melissa Baloian**
                                             Attorney for Defendant

17

18        Dated: March 28, 2022

19                                             /s/ DAVID GAPPA

20                                            _____
                                             **David Gappa**
                                             Assistant United States Attorney

21

22

23

24

25

26

27

28

1  --------------------------------------------------------------------------------------------------------------------

2

3                                              **ORDER**

4        IT IS SO ORDERED that the status conference is continued from March 30, 2022, to

5  **April 21, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

6

7

8  IT IS SO ORDERED.

9      Dated:   **March 28, 2022**              /s/ *Barbara A. McAuliffe*

10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28