**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**PO Box 26116**
**Fresno, CA 93729**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROBERT JOSEPH BOREL,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT JOSEPH BOREL,<br><br>　　　　　　Defendant. | Case No.  1:08-CR-0277 NONE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, FINDINGS & ORDER**<br><br>Date: April 27, 2022<br>Time: 2:00 p.m.<br>Court: Hon. Sheila K. Oberto |

### STIPULATION

　　The defendant, ROBERT JOSEPH BOREL, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney David Gappa, hereby stipulate as follows:

　　1.　By previous order, this matter was set for a status conference hearing on April 27, 2022, at 2:00 p.m.

　　2.　By this stipulation, the defendant now moves to continue the status conference hearing until May 5, 2022, at 2:00 p.m.

　　3.　The parties agree and stipulate, and request the Court find the following:

　　　　a.　The parties recently found out Mr. Borel is scheduled for a cardiology appointment today that conflicts with the presently set status hearing.  Mr. Borel has had

significant health issues relating to his heart, and this medical appointment is important for Mr. Borel to attend.

      b.    Defense counsel was last in contact with Mr. Borel on April 22, 2022, via zoom. Defense counsel anticipates for Mr. Borel to admit his violation of supervised release at his next status conference.

      c.    Defense counsel has communicated with U.S. Attorney Mr. Gappa regarding these issues.

4.    Based on this matter being a supervised release violation, no exclusion of time is required under the Speedy Trial Act.

IT IS SO STIUPLATED.

Dated: April 27, 2022

        /s/ MELISSA BALOIAN
        _____
        **Melissa Baloian**
        Attorney for Defendant

Dated: April 27, 2022

        /s/ DAVID GAPPA
        _____
        **David Gappa**
        Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: __4/27/2022__

        _____
        **UNITED STATES MAGISTRATE JUDGE**