**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**PO Box 26116**
**Fresno, California 93729**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROBERT BOREL.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>                                                              )<br>                              Plaintiff,  )<br>             vs.                                        )<br>                                                              )<br>ROBERT BOREL,                             )<br>                                                              )<br>                              Defendant.  )<br>_____ ) | Case No. 1:08-CR-00277<br><br>**MOTION TO FILE EXHIBIT A MEDICAL RECORDS UNDER SEAL AND ORDER.** |

    Counsel for Mr. Robert Borel requests to file Exhibit A, medical records of Mr. Robert Borel while housed at the Bureau of Prisons, under seal. The records contain personal information.

Dated: June 10, 2022                          Respectfully submitted,

                                                                            /s/ Melissa Baloian
                                                                           Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit A to the Sentencing Memo filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **June 12, 2022**

_____
UNITED STATES DISTRICT JUDGE